IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ARCH SHERMAN,

Petitioner,

vs.

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

Respondents.

No. CIV S-07-2055-WBS-CMK-P

ORDER

/

      Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1), filed on October 1, 2007.

      The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. See id. Respondents, therefore, will be directed to file a response to petitioner's petition. See id. If respondents answer the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the

1

determination of the issue(s) presented in the petition.  See id.

On November 5, 2007, the court directed the Clerk of the Court to forward a copy of the petition to Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The court further directed that he file a response on behalf of respondents.  On that same day, Supervising Deputy Attorney General Brian G. Smiley file a response requesting dismissal of the Attorney General of the State of California as a respondent to this action and advising that the appropriate agency to file a response on behalf of respondent Yolo County Chief Probation Officer is the Yolo County Counsel's Office.   Accordingly, the court will direct that agency to file a response.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent Yolo County Chief Probation Officer is directed to file a response to petitioner's petition within 30 days from the date of service of this order;

2. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

3. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Ms. Robyn Drivon, Office of the Yolo County Counsel, 625 Court Street, Room 201, Woodland, California, 95695.

DATED: December 18, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] By separate findings and recommendations, the court will recommend dismissal of the Attorney General of the State of California as a respondent to this action.

2