# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ARCH SHERMAN,                      No. CIV S-07-2055-WBS-CMK-P

    Petitioner,

  vs.                                                 <u>ORDER</u>

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

    Respondents.

_____/

        Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On December 19, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2007, are adopted in full;

2. The Attorney General of the State of California is dismissed as a party to this action.

DATED: February 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE