IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ARCH SHERMAN,                    No. CIV S-07-2055-WBS-CMK-P

    Petitioner,

  vs.                                              ORDER

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

    Respondents.

_____/

        Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1), filed on October 1, 2007.

        The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief.  See id.  Respondents, therefore, will be directed to file a response to petitioner's petition.  See id.  If respondents answer the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.

        On November 5, 2007, the court directed the Clerk of the Court to forward a copy of the petition to Michael Patrick Farrell, Senior Assistant Attorney General for the State of

California.  The court further directed that he file a response on behalf of respondents.  On that same day, Supervising Deputy Attorney General Brian G. Smiley filed a response requesting dismissal of the Attorney General of the State of California as a respondent to this action and advising that the appropriate agency to file a response on behalf of respondent Yolo County Chief Probation Officer is the Yolo County Counsel's Office.  On December 19, 2007, the court issued an order directing the Yolo County Counsel's Office to respond to the petition on behalf of respondent Yolo County Chief Probation Officer within 30 days.  The court also issued findings and recommendations that the Attorney General of the State of California be dismissed as a respondent to this action.[1]

As of May 28, 2008, respondent Yolo County Chief Probation Officer had not filed a response to the petition.  Respondent was hereby directed to show cause why monetary sanctions should not be imposed on respondent and/or the Yolo County Counsel's Office for violation of the court's December 19, 2007, order.  See E.D. Cal. Local Rule 11-110.  Respondent Yolo County Chief Probation Officer was advised that <u>the filing of a response to the petition within the time provided by this order will constitute an adequate response to the order to show cause</u>.  Because respondent filed a response to the petition within the time provided, the order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: June 17, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] The findings and recommendations were adopted on February 28, 2008.