**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ARCH SHERMAN, | No. CIV S-07-2055-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| YOLO COUNTY CHIEF PROBATION OFFICER, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 23).

   Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

1 | showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.
2 | 22(b); but see Woods v. Carey, 525 F.3d 886 (9th Cir. 2008) (citing White v. Lambert, 370 F.3d
3 | 1002, 1010 (9th Cir. 2004), and suggesting that a certificate of appealability is not required in
4 | cases where petitioner challenges the denial of parole).

5 |      For the reasons set forth in the Magistrate Judge's September 16, 2008, findings
6 | and recommendations, petitioner has not made a substantial showing of the denial of a
7 | constitutional right.   The petition was denied because, as the Magistrate Judge pointed out, the
8 | Yolo County Chief Probation Officer is not the correct respondent to a habeas corpus
9 | proceeding. The correct respondent would be the prison warden, and given that petitioner
10 | provided the court with a post office box in Davis, California, as his address of record, it appears
11 | that he is no longer in custody and was not in custody when he filed the instant petition.

12 |      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
13 | of appealability (Doc. 23) is denied.

14 | DATED:  December 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE